LAWRENCE BORYS (SBN 60625)
LBORYS@RMKB.COM
MICHAEL OHIRA (SBN126137)
MOHIRA@RMKB.COM
JAMIE M. KURTZ (SBN255271)
JKURTZ@RMKB.COM
ROPERS, MAJESKI, KOHN & BENTLEY
445 S. Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for Defendants and Third Party Defendants THOMAS DUNLAP INSURANCE AGENCY LLC; DEAN T. DUNLAP; THOMAS R. DUNLAP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNWEST METALS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTER-ACTIONS, AND THIRD-PARTY COMPLAINT. | CASE NO. SACV13-1930 DOC (DFMx)<br><br>**TRIAL DATE: MARCH 31, 2015**<br>**TIME: 8:30 A.M.**<br>**CTRM: 6A**<br><br>**DEFENDANTS AND THIRD-PARTY DEFENDANTS THOMAS DUNLAP INSURANCE AGENCY, LLC, THOMAS DUNLAP, AND DEAN DUNLAP'S FRCP RULE 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Pre-Trial Conf.: March 16, 2015<br>Complaint Filed: December 12, 2013<br>3rd Party Cmp. February 6, 2014 |

Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(3) defendants and third-party defendants Thomas Dunlap Insurance Agency, LLC, Thomas Dunlap, and Dean Dunlap hereby provides the following pretrial disclosures:

## I. WITNESSES

### A. Witnesses Dunlap Expects to Present.

|    | Name | Brief Description |
|----|------|-------------------|
| 1. | Thomas Dunlap | Broker from Dunlap |
| 2. | Dean Dunlap | Broker from Dunlap |
| 3  | Marlene Priolo | Underwriter with G.J. Sullivan |
| 4. | Michelle LeMoine by Video deposition | Former Underwriter with Meadowbrook |
| 5. | Jeffrey Jacobs by Video deposition | Former Underwriter with Meadowbrook |
| 6. | Andre McNeal | Accountant with Sunwest Metals |
| 7. | Brian Gagan | Expert for Dunlap re: standard of care of an insurance broker. |
| 8. | Michael Kaplan | Expert Accountant for Dunlap. |

### B. Witnesses Dunlap May Call If the Need Arises.

|    | Name | Brief Description |
|----|------|-------------------|
| 9. | Mary Pojar* | Employee of Thomas Dunlap Insurance Agency, LLC |
| 10. | Deborah Mesko* | Supervisor at GJ Sullivan. |
| 11. | Hanan Stanley * | Owner of Sunwest Metals |
| 12. | Daniel Fein* | Prior Broker for Sunwest |
| 13. | Catherine Bander* | Prior and Current Broker for Sunwest |
| 14. | Rande Kaufman* | Claim Supervisor for Star Insurance |
| 15. | Van Meredith* | Independent Claim Adjuster from Vericlaim |
| 16. | Kenneth Brown* | Expert Accountant for Star |

4852-6853-7634.1 — - 1 - — **DUNLAP'S FRCP RULE 26(A)(3) PRETRIAL DISCLOSURES**

## II. DEPOSITION TRANSCRIPTS

Dunlap reasonably anticipates presenting the deposition testimony of witnesses Michelle LeMoine and Jeffrey Jacobs:

Michelle LeMoine

22:5-17, 22:18-24, 25:9-19, 53: 2-10, 53: 11-16, 53-54:17-2, 54-55:18-9, 56-57:21-4, 68:14-19, 127:9-22, 131-133:13-4, 134-135:7-7.

Jeffrey Jacobs

42:7-15, 43-44:4-3, 111-112:12-4, 112-113:8-1, 114:4-21, 110-111:11-1.

## III. EXHIBITS

Dunlap reasonably anticipates offering the following exhibits at trial: 5, 6, 31, 32, 35, 41, 45, 46, 52, 57-66, 69, 70, 76-82, 91-93, 98, 99, 112, 115, 127, 128, 137, 143, 158, 159, 219, 371-401

Dunlap may offer any of the remaining exhibits listed on the filed Joint Exhibit List at trial if the need arises.

Dated: February 27, 2015          ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael Ohira
    LAWRENCE BORYS
    MICHAEL T. OHIRA
    JAMIE M. KURTZ
    Attorneys for Defendants and Third Party Defendants DUNLAP INSURANCE AGENCY LLC; DEAN T. DUNLAP; THOMAS R. DUNLAP