RUTAN & TUCKER, LLP
Duke F. Wahlquist (SBN 117722)
dwahlquist@rutan.com
Proud Usahacharoenporn (SBN 278204)
pusaha@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant, Counterclaimant and
Third-Party Plaintiff SUNWEST METALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR INSURANCE COMPANY, a Michigan corporation;<br><br>Plaintiff,<br><br>v.<br><br>SUNWEST METALS, INC., a California corporation,<br><br>Defendant. | Case No.: SACV13-1930 DFM<br><br>Assigned to the Hon. Douglas F. McCormick<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF SUNWEST METALS, INC.'S CLAIMS AGAINST THOMAS DUNLAP INSURANCE AGENCY, LLC, DEAN T. DUNLAP, AND THOMAS R. DUNLAP**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |
| SUNWEST METALS, INC., a California corporation,<br><br>Counter Claimant and Third Party Plaintiff,<br><br>v.<br><br>STAR INSURANCE COMPANY, a Michigan corporation; THOMAS DUNLAP INSURANCE AGENCY, LLC, a California Limited Liability Company; DEAN T. DUNLAP, an individual; THOMAS R. DUNLAP, an individual; G. J. SULLIVAN INSURANCE CO., a California Corporation and DOES 1 through 10, inclusive,<br><br>Counter Defendants and Third Party Defendants. | Pretrial Conference:<br>Date: March 16, 2015<br>Time: 9:00 a.m.<br>Courtroom: 6A<br><br>Trial:<br>Date: March 31, 2015<br>Time: 8:30 a.m.<br>Courtroom: 6A |

Rutan & Tucker, LLP
attorneys at law

2530/014682-0007
8222074.1 a03/25/15

-- 

Case No. SACV13-01930 DFM
STIPULATION OF DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED by and between third party plaintiff Sunwest Metals, Inc. and third party defendants Thomas Dunlap Insurance Agency, LLC, Dean T. Dunlap, and Thomas R. Dunlap, by and through their designated counsel, that Sunwest Metals' claims against Thomas Dunlap Insurance Agency, LLC, Dean T. Dunlap, and Thomas R. Dunlap in Sunwest Metals' Counterclaim and Third Party Complaint (Dkt No. 8) are hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties to bear their own costs and fees.

IT IS SO STIPULATED.

Dated: March 25, 2015

RUTAN & TUCKER, LLP

By: /s/ *Duke F. Wahlquist*
Duke F. Wahlquist
Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Sunwest Metals, Inc.

Dated: March 25, 2015

ROPERS MAJESKI KOHN & BENTLEY

By: /s/ *Michael T. Ohira*
Michael T. Ohira
Attorneys for Third Party Defendants Thomas Dunlap Insurance Agency, LLC, Dean T. Dunlap, and Thomas R. Dunlap

Rutan & Tucker, LLP
attorneys at law

2530/014682-0007
8222074.1 a03/25/15

-1-

Case No. SACV13-01930 DFM
STIPULATION OF DISMISSAL