1

LAWRENCE BORYS (SBN 60625)
LBORYS@RMKB.COM

2

MICHAEL OHIRA (SBN126137)
MOHIRA@RMKB.COM

3

ROPERS, MAJESKI, KOHN & BENTLEY
445 S. Figueroa Street, Suite 3000

4

Los Angeles, CA  90071-1619
Telephone:  (213) 312-2000

5

Facsimile:   (213) 312-2001

6

Attorneys for Defendants and Third Party
Defendants THOMAS DUNLAP

7

INSURANCE AGENCY LLC; DEAN T.
DUNLAP; THOMAS R. DUNLAP

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11

STAR INSURANCE COMPANY, a
Michigan corporation,

CASE NO.  SACV13-1930 DFM

12

Plaintiff,

STIPULATION OF DISMISSAL WITH
PREJUDICE OF STAR INSURANCE
COMPANY'S FIRST AMENDED
COMPLAINT AS AGAINST THE
THOMAS DUNLAP INSURANCE
AGENCY, LLC, THOMAS DUNLAP,
AND DEAN DUNLAP, ONLY [FRCP 41
(a)(1)(A) (ii)]

13

v.

14

SUNWEST METALS, INC., a
California corporation,

15

16

Defendant.

Trial:                    March 31, 2015
Pre-Trial Conf.:    March 16, 2015
Complaint Filed:   December 12, 2013
3rd Party Cmp.      February 6, 2014

17

18

19

AND RELATED COUNTER-
ACTIONS, AND THIRD-PARTY
COMPLAINT.

20

21

22

23

24

25

26

27

28

Ropers  Majeski  Kohn  &  Bentley
A Professional Corporation
Los Angeles

4838-9393-2322.1

- 1 -

STIPULATION OF DISMISSAL OF STAR
INSURANCE COMPANY'S FAC AS AGAINST
THE DUNLAP DEFENDANTS, ONLY

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Star Insurance Company (Star) and Defendants Thomas Dunlap Insurance Agency, LLC, Dean T. Dunlap, and Thomas R. Dunlap (collectively "Dunlap"), by and through their designated counsel, that the claims asserted by Star in its First Amended Complaint [Dkt. 34] are hereby dismissed with prejudice pursuant to FRCP 41(a)(l)(A)(ii). All parties bear their own costs and fees.

IT IS SO STIPULATED.


Dated: March 30, 2015                    WOOLLS & PEER


                                         By: */s/ Lisa Darling-Alderton*
                                             Lisa Darling-Alderton
                                             Attorneys for Plaintiff STAR
                                             INSURANCE COMPANY

Dated: March 30, 2015                    ROPERS MAJESKI KOHN AND
                                         BENTLEY


                                         By: */s/ Lawrence Borys*
                                             LAWRENCE BORYS
                                             Attorneys for Defendants
                                             THOMAS DUNLAP INSURANCE
                                             AGENCY, LLC, DEAN DUNLAP,
                                             AND THOMAS DUNLAP

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles